Rolls-Royce, Limited, Respondent, v. Mary A. J. Devlin, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

In the Matter of the Lien of John J. Sullivan, an Attorney, Respondent, on Funds on Deposit in the Office of the City Chamberlain to the Credit of the Plaintiff in the Action of Annie B. Kruger, Plaintiff, v. Julius W. Kruger, Defendant; Annie B. Kruger, Appellant.— Order modified by referring the question of fact arising upon the motion to Honorable James A. Blanchard, as official referee, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Darwin P. Rudd, Respondent, v. Powell's, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Matyosus Lukosewicz, also Known as Matt Lukoszus, Appellant, v. Philadelphia and Reading Coal and Iron Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Aaron Kuflik and Another, Copartners, etc., Appellants, v. Isidor Silberstein, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Peter Duffy v. Charles L. Ament.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Edward S. Ellis v. The Hartley-Thomas Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P.J., Laughlin, Scott, Smith and Davis, JJ.

The People of the State of New York v. Morris Asofsky.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

The People of the State of New York v. Harry Miller.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Farquhar J. MacRae v. Florida Citrus Exchange.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

National Tobacco Products Company v. Tobacco Products Corporation.— Motion to dismiss appeal granted, with ten dollars costs.

Joseph Cohen, as Administrator, etc., v. Joseph Elias.— Motion to dismiss appeal denied. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.